**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7888**

NASHID PORTER,

        Petitioner - Appellant,

    v.

CARLTON JOYNER,

        Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (5:19-hc-02303-BO)

Submitted:  April 14, 2020               Decided:  April 17, 2020

Before WILKINSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nashid Porter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nashid Porter appeals the district court's order dismissing his 28 U.S.C. § 2254 (2018) petition without prejudice for failing to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Porter v. Joyner*, No. 5:19-hc-02303-BO (E.D.N.C. Dec. 10, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*